**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**EXECUTIVE 1801 LLC**                          Case No.: 3:18–cv–00580–HZ

    Plaintiff,

**v.**                                                **TRIAL MANAGEMENT ORDER**

**EAGLE WEST INSURANCE COMPANY**

    Defendant.

1. The Pretrial Conference is set on 8/16/2024 in Portland Courtroom 15A.

2. The Trial – Jury is set to begin on 8/26/2024 in Portland Courtroom 15A.

## First Wave of Documents Due 4 Weeks Before the Pretrial Conference

| Item | Description | Filed? | Copy?[1] |
|---|---|---|---|
| Itemized List of Economic Damages | Specify damages sought and how such damages will be proven –– i.e., through which exhibits and/or witness testimony. | Yes | Yes |
| Trial Memoranda | Provide a brief summary of all material, factual and legal contentions along with the elements of each claim and/or defense. Trial memoranda are li mited to 15 pages without leave of court. | Yes | Yes |

## Second Wave of Documents Due 3 Weeks Before the Pretrial Conference

| Item | Description | Filed? | Copy? |
|---|---|---|---|
| Motions in Limine | All motions in limine shall be filed as sub–parts within a single document not to exceed 10 pages without leave of court. Responses to motions in li mine (*see* third wave) shall not exceed 10 pages without leave of court. Conferral required –– *see* LR 7–1. | Yes | Yes |
| Proposed Voir Dire Questions | The court will consider granting each party a brief opportunity to follow–up on the court's questioning during voir dire. If any questioning is unde rtaken by counsel, it shall be restricted to areas approved by the court. | Yes | Yes |
| Proposed Verdict Form | Each party shall submit a proposed verdict form by email to the courtroom deputy in Word format. | Yes | Yes |

| | | | |
|---|---|---|---|
| Exhibits and Joint List of Exhibits and Objections to Exhibits | <u>The parties are ordered to jointly file an exhibit list that identifies (1) all stipulated exhibits that may be received without objection; and (2) all remaining exhibits to be offered by any party and a one–line summary statement of the bases for all objections to any proffered exhibit and a one–line summary statement of the response to the objection. The Joint List should be formatte d in conformance with example #2.</u><br><br><u>Copy</u> of each exhibit.<br><br>Plaintiff's exhibits shall be numbered on yellow exhibit stickers starting with "1".<br><br>Defendant's exhibits shall be numbered on blue exhibit stickers starting with "501".<br><br>The case number shall be printed on each exhibit sticker. Each exhibit shall be paginated.<br><br>**The original and judge's copy of all exhibits shall be placed into separate, three–hole binders with clearly marked index tabs, numbered for each exhib it.**<br><br><u>Original</u> exhibits themselves (including <u>original</u> impeachment exhibits[2]) are not filed but must be **given to the CRD the morning of the first day of trial**, updated to reflect rulings from the **pretrial conference**. | **DO NOT FILE EXHIBITS**<br><br>Only file Joint List of Exhibits and Objections to Exhibits | Yes |

## Third Wave of Documents Due 2 Weeks Before the Pretrial Conference

| Item | Filed? | Copy? |
|---|---|---|
| Joint list of all rebuttal witnesses and exhibits. | Yes | Yes |
| Responses to motions in limine. | Yes | Yes |
| Plaintiff and defendant shall separately submit a one–page listing of all potential witnesses. | Yes | Yes |
| Impeachment Witnesses or Exhibits: Names and statements of impeachment witnesses, and/or copies of impeachment exhibits shall be sealed and delivere d to the court. | **NO – DO NOT FILE** | Yes – to court only |
| Proposed Joint Jury Instructions.<br><br>The parties shall submit a **single** set of jury instructions by email to the courtroom deputy in Word format, in the order that the parties wi sh them to be given.<br><br>The parties shall identify all **agreed upon** instructions as "joint" instructions. If the parties disagree as to the form or content of any instruct ion, two alternative proposed instructions may be submitted along with a brief analysis (which shall include any relevant legal authority) as to why one instruction should be given over the other. These **disputed instructions should be identified as to the party submitting** (*see* example #1 for format).[3] | Yes | Yes |

| | | | |
|---|---|---|---|
| If there are more than 20 instructions, include an index. Where topics are covered by 9th Circuit Model Jury Instructions or by Oregon State Bar UCJI, sim ply indicate which number should be used. Each instruction, outside of the model, shall be on a separate sheet of paper citing authority in support of each principle. | | | |

## Fourth Wave of Documents Due 2 Business Days Following Filing of the Third Wave of Documents

| Item | Description | Filed? | Copy? |
|---|---|---|---|
| Joint Ruling Chart – Motions in Limine | Attorneys to prepare and submit to the court an agreed upon chart of all motions in limine which the court is to consider (*see* example #3 for format). | **NO – DO NOT FILE** | Yes – email to the courtroom deputy in Word format |
| **NOTE:** If rulings on motions in limine relate to objections to witnesses and/or exhibits, please cross–reference. | | | |

## Pretrial Conference

During the pretrial conference, be prepared to discuss the following:

a. Exhibit and witness objections;

b. What, if any, technological aids wil l be used to display exhibits to the jury;

c. Deposition testimony objections;

d. Motions in limine;

e. Voir dire matters;

f. Jury instructions;

g. Verdict form; and,

h. Settlement and/or mediation effort s.

## Two Business Days Following the Pretrial Conference

The Parties shall file updated exhibit lists and JERS thumb drive reflecting the Court's rulings from the pretri al conference.[4] The exhibit lists shall contain three columns to the right of the exhibit description labeled: "Stipulated," "Preadmitted," "Offered," and "Received," in that order. Exhi bit lists containing proposed supplemental exhibits must be captioned as "First (Second...) Amended Exhibit List" and must list the proposed exhibits as well as all previous exhibits. Impeachment exhibits shall be identified on the exhib it list simply as "Impeachment Exhibit" (no further description). (*see* example #4 for format).

**No exhibits or testimony will be received into evidence at trial, nor will any amended pleadings or supplemen tal jury instructions be accepted unless presented in accordance with this order. Late submissions will not be accepted absent a strong showing of good cause balanced against any prejudice to the opposing party.**

For further information on trial procedures, please refer to the Trial Court Guidelines for the District of Oreg on at ord.uscourts.gov/trial–court–guidelines.

**IT IS SO ORDERED.**

**DATED** this 5th day of June, 2024        /s/Marco A. Hernandez

                                            Honorable Marco A. Hernandez
                                            United States District Judge.

---

[1] All judge's copies of trial documents shall be 3–hole punched on the left side before submission. Judge's copies of documents ar e to be submitted the same day the original document is filed.

[2] *See* Third Wave for submission of judge's copy of impeachment exhibits.

[3] All examples may be found at ord.uscourts.gov/hernandez.

[4] Exhibits are also to be submitted in electronic format on a thumb drive. Separate order to follow with instructions for providin g the electronic exhibits for JERS.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **EXECUTIVE 1801 LLC**<br>    Plaintiff, | Case No.: 3:18−cv−00580−HZ |
| v. | **SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER REGARDING THE JERS SYSTEM** |
| **EAGLE WEST INSURANCE COMPANY**<br>    Defendant. | |

　　　To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

　　　**IT IS HEREBY ORDERED** that no later than **two business days following the pretrial conference**, the parties shall submit their trial exhibits to the Court in electronic form per the instructions in the *Submission Requirements for Electronic Trial Exhibits*[1] document found at ord.uscourts.gov/jers−exhibits. All exhibits (including impeachment exhibits) shall be included in the submission. The exhibits admitted at trial will be submitted to the jury. Counsel will have the opportunity to review the list of exhibits that will go to the jury upon conclusion of trial and before the jury deliberations begin.

　　　Counsel shall contact the Courtroom Deputy to arrange for a demonstration of the JERS system, at which time counsel may wish to have present any staff member involved with the preparation or presentation of trial exhibits.

　　　**DATED** this 5th day of June, 2024    /s/Marco A. Hernandez

　　　　　　　　　　　　　　　　　　　　Honorable Marco A. Hernandez
　　　　　　　　　　　　　　　　　　　　United States District Judge.

---

[1]Be clear with the exhibit description. Jurors often try to search JERS based on their recollection and notes from trial. They do not always note the exhibit number.